UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| DARVEL SEVER, | ) | CIV. 10-5058-JLV |
| | ) | |
| Plaintiff, | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed a motion to dismiss. (Docket 16). Defendant has informally notified the court that it concurs in the motion. Good cause appearing, it is hereby

ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice with each party to bear its own costs, expenses, and attorney's fees.

Dated December 2, 2010.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE